**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Midwest Blockchain Inc. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names |

Midwest Blockchain Company LLC

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

8 5 _ 3 2 6 8 8 4 2

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

1357 Ashford Avenue, Pmb 373
Number     Street

San Juan          PR     00907
City                State    ZIP Code

n/a
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City              State     ZIP Code

**Location of principal assets, if different from principal place of business**

1148     American Pkwy
Number       Street

Papillion          NE     68046
City              State     ZIP Code

| | |
|---|---|
| 5. | **Debtor's website** (URL) |

None

Debtor    Midwest Blockchain Inc.
     Name
                                                              Case number (if known)_____

---

**6.  Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

    ☐ Partnership (excluding  LLP)

    ☐ Other. Specify: _____

---

**7.  Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

          5   1   8   2

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check* **all** *that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor   Midwest Blockchain Inc.
_____
Name

Case number (if known) _____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

           District _____  When _____  Case number _____
                                              MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☒ Yes.  Debtor   See attached rider
            _____   Relationship _____

            District _____   When _____
                                                                    MM / DD / YYYY

            Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number        Street

                               _____

                               _____  _____
                               City                                 State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

---

Debtor    <u>Midwest Blockchain Inc.</u>                    Case number (*if known*)_____
      Name

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>06/30/2023</u>
            MM  / DD / YYYY

✖ <u>/s/ *Timothy Furey*</u>                        <u>Timothy Furey</u>
   Signature of authorized representative of debtor         Printed name

Title   <u>Chief Restructuring Officer</u>

Debtor    Midwest Blockchain Inc.
Name

Case number (*if known*)

**18. Signature of attorney**

✖ /s/ Evan T. Miller

Signature of attorney for debtor

Date   06/30/2023

MM / DD / YYYY

Evan T. Miller
Printed name

Bayard, P.A.
Firm name

600    N. King Street, Suite 400
Number    Street

Wilmington
City

DE
State

19801
ZIP Code

302-429-4227
Contact phone

emiller@bayardlaw.com
Email address

5364
Bar number

DE
State

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities below (collectively, the "Debtors") filed a Petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of File Service Partners, LLC.

- File Service Partners, LLC

- Afton Blockchain LLC

- Filtech SPV LLC

- Midwest Blockchain Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MIDWEST BLOCKCHAIN INC., | Case No. 23-[_____] ([____]) |
| Debtor. | |

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Fed. R. Bankr. P., the following is a list of corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests:

| Shareholder | Percentage of Equity Held |
|---|---|
| DSM Tech Enterprises Inc. | 100% |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MIDWEST BLOCKCHAIN INC., | Case No. 23-[_____] ([____]) |
| Debtor. |  |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to 1007(a)(3) of the Fed. R. Bankr. P., the following is a list of entities holding an interest in the above-captioned debtor:

| Name | Mailing Address | Percentage of Equity Held |
|---|---|---|
| DSM Tech Enterprises Inc. | 1357 Ashford Avenue, Pmb 373, San Juan, PR 00907 | 100% |

**Fill in this information to identify the case:**

Debtor name ___Midwest Blockchain Inc.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 **THINKMATE** <br> 232 VANDERBILT AVE <br> NORWOOD, MA 02062 | paular@sourcecode.com | Trade Debt | Contingent | | | **$4,198.43** |
| 2 **THOMPSON HINE LLP** <br> 312 WALNUT STREET, SUITE 2000 <br> CINCINNATI, OH 45202-4024 | Sophia Belli <br> sophia.belli@thompsonhine.com | Legal Services | | | | **$897.00** |
| 3 **STATE OF DELAWARE** <br> WILMINGTON OFFICE <br> 820 N. FRENCH ST., 10TH FLOOR <br> WILMINGTON, DE 19801 | | Taxes | Unliquidated | | | **$636.00** |
| 4 | | | | | | |
| 5 | | | | | | |

Debtor    Midwest Blockchain Inc.
      Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |

DSM Tech Enterprises Inc
1357 Ashford Avenue Pmb 373
San Juan, PR 00907


Thompson Hine LLP
312 Walnut Street Suite 2000
Cincinnati, OH 045202-4024


Simon Campbell
579 Country Way
Scituate, MA 02066


ThinkMate
232 Vanderbilt Ave
Norwood, MA 02062


State of Delaware
Wilmington Office
820 N French St 10th Floor
Wilmington, DE 19801

<table>
<tr><td colspan="2" style="background-color:black;color:white"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name __Midwest Blockchain Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement and Lists of Equity Holders and Creditors__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/30/2023__        ✖ _/s/ Timothy Furey_____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   __Timothy Furey_____
                                   Printed name

                                   __Chief Restructuring Officer_____
                                   Position or relationship to debtor

**ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTOR OF
MIDWEST BLOCKCHAIN INC.**

**June 29, 2023**

THE UNDERSIGNED, being the sole member of the board of directors (the "Board") of Midwest Blockchain Inc., a Delaware corporation (the "Company"), acting by written consent without a meeting pursuant to Section 141(f) of the Delaware General Corporation Law (the "DGCL"), hereby waives notice of time, place and purpose of meeting and adopts and consents to the adoption of the following resolutions:

WHEREAS, the Board previously appointed Tim Furey as the Company's Chief Restructuring Officer (the "CRO"), to explore to the options available to the Company, including without limitation, the possibility of pursuing a bankruptcy proceeding under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") or other types of restructuring or liquidation for the Company and to negotiate with the Company's creditors, explore a possible sale of the Company or its assets, developing a plan to resolve the Company's financial status and make a recommendation to the Board, which may include the filing of a voluntary petition seeking relief under the provisions of Chapter 11, Title 11, of the United States Code; and

WHEREAS, that after consideration of the alternatives presented to it, the undersigned director has determined in his business judgment that it is desirable and in the best interests of the Company and its creditors, employees, members and other interested parties that a petition (a "Bankruptcy Petition") be filed in the United States Bankruptcy Court for the District of Delaware by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a Bankruptcy Petition be filed in the United States Bankruptcy Court for the District of Delaware by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, which would initiate a bankruptcy proceeding (the "Bankruptcy Case").

AND BE IT FURTHER RESOLVED, that the CRO and any other officer of the Company (each such Persons, an "Authorized Person" and together, the "Authorized Persons"), acting alone or with one or more other Authorized Persons, is hereby authorized and empowered on behalf of, and in the name of, the Company (a) to execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers or documents in connection with the Bankruptcy Case; (b) take and perform any and all actions deemed necessary

and proper to obtain such relief as authorized herein and in connection with the Bankruptcy Case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein.

AND BE IT FURTHER RESOLVED, that the previous retention by the Company's management of the law firm of Bayard, P.A. ("Bayard") as bankruptcy counsel, subject to any requisite bankruptcy court approval, to the Company to represent and assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, is hereby approved and ratified, and each of the Authorized Persons is hereby authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Bayard.

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized to cause the Company to incur debtor in possession financing in an amount determined to be necessary or advisable by any of such Authorized Persons to guaranty the obligations of the Company in respect of such indebtedness, and to prepare (or cause to be prepared), execute and file (or cause to be filed) any motion to incur debtor in possession financing, and, upon authorization by the CRO or another officer, to take and perform any and all further acts and deeds which it deems necessary, proper or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the Bankruptcy Case;

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized and directed to take any and all actions necessary and appropriate to pursue and further the sale process with respect to the Company's assets including, without limitation, entering into any and all other purchase agreements (if applicable), and other ancillary documents in connection therewith, subject to Bankruptcy Court approval;

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements, affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments, as may be necessary, desirable, or appropriate in the reasonable discretion of any such Authorized Person to give effect to the foregoing resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

AND BE IT FURTHER RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing resolutions, and all actions related thereto, and each Authorized Person be, and each of them hereby is, authorized, empowered and directed to cause the Company to make said payments as each such Authorized Person may deem necessary, appropriate, advisable or desirable, such payment to constitute conclusive evidence of such Authorized Person's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

AND BE IT FURTHER RESOLVED, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by any Authorized Persons or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

[Signatures to Follow on Next Page]

IN WITNESS WHEREOF, the undersigned, being the sole member of the Board of Directors of the Company, does hereby execute this written consent as of the date first set forth above.

_____
Timothy Furey, Director

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MIDWEST BLOCKCHAIN INC., | Case No. 23-[_____] ([____]) |
| Debtor. | |

**STATEMENT PURSUANT TO 11 U.S.C. § 1116**

I, Timothy Furey, hereby declare under penalty of perjury:

1.      Debtor Midwest Blockchain Inc. has not prepared a statement of operations or cash-flow statement.

2.      Debtor Midwest Blockchain Inc. has prepared a balance sheet and income statement, which have been appended to its voluntary petition for relief.

3.      Debtor Midwest Blockchain Inc.'s most recent federal tax return has also been appended to its voluntary petition for relief.

Dated: June 30, 2023                          _/s/ Timothy Furey_____
                                                              Timothy Furey
                                                              Chief Restructuring Officer
                                                              Midwest Blockchain Inc.

# Balance Sheet

Midwest Blockchain Company LLC
As of June 30, 2023

| Account | Jun 30, 2023 |
|---|---|
| **Assets** | |
| **Fixed Assets** | |
| Computer Equipment | 75,000.00 |
| Less Accumulated Depreciation on Computer Equipment | (52,083.37) |
| **Total Fixed Assets** | **22,916.63** |
| **Total Assets** | **22,916.63** |
| | |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 30,897.00 |
| Interest Accrual - Inter Co Loans | 6,352.45 |
| Loan - DSM Tech | 153,486.33 |
| Loan - Simon Campbell | 2,208.50 |
| Sales Tax Liability | 4,198.43 |
| **Total Current Liabilities** | **197,142.71** |
| **Total Liabilities** | **197,142.71** |
| **Equity** | |
| Common Stock | 61,903.45 |
| Current Year Earnings | (14,075.20) |
| Paid in Capital | 314,678.27 |
| Retained Earnings | (536,732.60) |
| **Total Equity** | **(174,226.08)** |
| **Total Liabilities and Equity** | **22,916.63** |

# Income Statement (Profit and Loss)

Midwest Blockchain Company LLC

For the 6 months ended June 30, 2023

| Account | Jan-Jun 2023 |
|---|---|
| **Gross Profit** | **0.00** |
| | |
| **Operating Expenses** | |
| Depreciation | 12,500.04 |
| Interest - Inter Co Loans | 1,575.16 |
| **Total Operating Expenses** | **14,075.20** |
| | |
| **Operating Income** | **(14,075.20)** |
| | |
| **Net Income** | **(14,075.20)** |

# Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2021, or tax year beginning **JAN 1** , 2022 , ending **FEB 28** , 2022

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

## 2021

| | | |
|---|---|---|
| **A** Principal business activity<br>BLOCKCHAIN | Name of partnership<br>MIDWEST BLOCKCHAIN COMPANY, LLC | **D** Employer identification number<br>85-3268842 |
| **B** Principal product or service<br>BLOCKCHAIN | Type or Print Number, street, and room or suite no. If a P.O. box, see instructions.<br>53 CALLE PALMERAS | **E** Date business started<br>09/30/2020 |
| **C** Business code number<br>812990 | City or town, state or province, country, and ZIP or foreign postal code<br>, SAN JUAN 00901 PUERTO RICO | **F** Total assets<br>$ 0. |

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☒ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 9

**J** Check if Schedules C and M-3 are attached ........................................................... ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | |
|---|---|---|
| **1a** Gross receipts or sales | 1a 14,511. | |
| **b** Returns and allowances | 1b | |
| **c** Balance. Subtract line 1b from line 1a | | 1c 14,511. |
| **2** Cost of goods sold (attach Form 1125-A) | | 2 |
| **3** Gross profit. Subtract line 2 from line 1c | | 3 14,511. |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 |
| **7** Other income (loss) (attach statement) | | 7 |
| **8** Total income (loss). Combine lines 3 through 7 | | 8 14,511. |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| **9** Salaries and wages (other than to partners) (less employment credits) | | 9 |
| **10** Guaranteed payments to partners | | 10 |
| **11** Repairs and maintenance | | 11 |
| **12** Bad debts | | 12 |
| **13** Rent | | 13 |
| **14** Taxes and licenses | | 14 |
| **15** Interest (see instructions) | | 15 508. |
| **16a** Depreciation (if required, attach Form 4562) | 16a | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c |
| **17** Depletion (**Do not deduct oil and gas depletion.**) | | 17 |
| **18** Retirement plans, etc. | | 18 |
| **19** Employee benefit programs | | 19 |
| **20** Other deductions (attach statement) SEE STATEMENT 1 | | 20 5,000. |
| **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 5,508. |
| **22** Ordinary business income (loss). Subtract line 21 from line 8 | | 22 9,003. |

### Tax and Payments

| | | |
|---|---|---|
| **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | | 23 |
| **24** Interest due under the look-back method-income forecast method (attach Form 8866) | | 24 |
| **25** BBA AAR imputed underpayment (see instructions) | | 25 |
| **26** Other taxes (see instructions) | | 26 |
| **27** Total balance due. Add lines 23 through 26 | | 27 |
| **28** Payment (see instructions) | | 28 |
| **29** Amount owed. If line 28 is smaller than line 27, enter amount owed | | 29 |
| **30** Overpayment. If line 28 is larger than line 27, enter overpayment | | 30 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member                    Date

May the IRS discuss this return with the preparer shown below? See instr.  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name<br>STEPHEN P. MANN, CPA | Preparer's signature<br>STEPHEN P. MANN, CPA | Date<br>10/24/22 | Check ☐ if self-employed | PTIN<br>P00637272 |
|---|---|---|---|---|
| Firm's name ▶ BLUE & CO., LLC | | | | Firm's EIN ▶ 35-1178661 |
| Firm's address ▶720 EAST PETE ROSE WAY, STE 100 CINCINNATI, OH 45202 | | | | Phone no. 513-241-4507 |

LHA  For Paperwork Reduction Act Notice, see separate instructions.          111001 11-29-21          Form **1065** (2021)

Form 1065 (2021)   **MIDWEST BLOCKCHAIN COMPANY, LLC**                          85-3268842   Page **2**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership    **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ...................................... | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ......................................................... | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below .................................................................................. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 ............................................. | X | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country  ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ........................... | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

111011 11-29-21                                                                      Form **1065** (2021)

Form 1065 (2021)   **MIDWEST BLOCKCHAIN COMPANY, LLC**                        85-3268842   Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions .......... | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ....................................................................................... ▶ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ......................... | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership         **5** | X | |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |
| **16 a** | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions ................ | | X |
| **b** | If "Yes," did you or will you file required Form(s) 1099? ......................................... | | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | |
| **18** | Enter the number of partners that are foreign governments under section 892 ▶ | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ........ | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? ........ | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions ......................... | | X |
| | If "Yes," enter the total amount of the disallowed deductions .......... ▶ $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions .................... | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ................ | | X |
| | If "Yes," enter the amount from Form 8996, line 15 .......... ▶ $ | | |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? ......................... | | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:                    By Vote                    By Value | | X |
| **29** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions ......... | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶  **SIMON CAMPBELL**

| U.S. address of PR ▶ | **579 COUNTRY WAY**<br>**SCITUATE, MA   02066** | U.S. phone<br>number of PR ▶ | **857-315-7367** |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of<br>designated<br>individual | | U.S. phone<br>number of<br>designated<br>individual ▶ | |
|---|---|---|---|

111021 11-29-21

Form **1065** (2021)

Form 1065 (2021)   **MIDWEST BLOCKCHAIN COMPANY, LLC**       85-3268842   Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | **1** | 9,003. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) ............ **3a** | | |
| | **b** Expenses from other rental activities (attach statement) ..... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a**   **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | |
| | **5** Interest income | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b**   **c** Dividend equivalents **6c** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) ................ **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) ..... **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶    **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ | **13d** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | **14a** | 0. |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions)    Type ▶ | **15e** | |
| | **f** Other credits (see instructions)    Type ▶ | **15f** | |
| **International Transactions** | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ............ ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | **17a** | |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses | **18c** | |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement)    STMT 2 | | |
| | **21** Total foreign taxes paid or accrued | **21** | |

111041 11-29-21           Form **1065** (2021)

Form 1065 (2021)    MIDWEST BLOCKCHAIN COMPANY, LLC                    85-3268842    Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 ......... | | | | | **1** | 9,003. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | | 8,580. | | | 423. |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| **1** Cash ......... | | 1,572. | | 0. |
| **2a** Trade notes and accounts receivable ... | | | | |
| **b** Less allowance for bad debts ......... | | | | |
| **3** Inventories ......... | | | | |
| **4** U.S. government obligations ......... | | | | |
| **5** Tax-exempt securities ......... | | | | |
| **6** Other current assets (attach statement) | STATEMENT 3 | 411,554. | | 0. |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans ......... | | | | |
| **8** Other investments (attach statement) ... | | | | |
| **9a** Buildings and other depreciable assets | 75,000. | | | |
| **b** Less accumulated depreciation ......... | 14,583. | 60,417. | | |
| **10a** Depletable assets ......... | | | | |
| **b** Less accumulated depletion ......... | | | | |
| **11** Land (net of any amortization) ......... | | | | |
| **12a** Intangible assets (amortizable only) ...... | | | | |
| **b** Less accumulated amortization ......... | | | | |
| **13** Other assets (attach statement) ......... | | | | |
| **14** Total assets ......... | | 473,543. | | 0. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable ......... | | 31,897. | | |
| **16** Mortgages, notes, bonds payable in less than 1 year | | 310,138. | | |
| **17** Other current liabilities (attach statement) | STATEMENT 4 | 182,781. | | 0. |
| **18** All nonrecourse loans ......... | | | | |
| **19a** Loans from partners (or persons related to partners) | | 2,209. | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | | | |
| **20** Other liabilities (attach statement) ......... | | | | |
| **21** Partners' capital accounts ......... | | -53,482. | | 0. |
| **22** Total liabilities and capital ......... | | 473,543. | | 0. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books ......... | 4,836. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ | | |
| **3** Guaranteed payments (other than health insurance) ......... | | **7** Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | **a** Depreciation $ | | |
| **a** Depreciation $    4,167. | | **8** Add lines 6 and 7 ......... | | |
| **b** Travel and entertainment $ | 4,167. | **9** Income (loss) (Analysis of Net Income (Loss), line 1. Subtract line 8 from line 5 ......... | | 9,003. |
| **5** Add lines 1 through 4 ......... | 9,003. | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| **1** Balance at beginning of year ......... | -113,899. | **6** Distributions: **a** Cash | | |
| **2** Capital contributed: **a** Cash ......... | 48,646. | **b** Property | | |
| **b** Property ......... | | **7** Other decreases (itemize): | | |
| **3** Net income (loss) (see instructions) ......... | 9,003. | | | |
| **4** Other increases (itemize):    STMT 5 | 56,250. | **8** Add lines 6 and 7 ......... | | |
| **5** Add lines 1 through 4 ......... | | **9** Balance at end of year. Subtract line 8 from line 5 | | |

111042  11-29-21                                                        Form **1065** (2021)

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property) OTHER 1<br>▶ Attach to your tax return. | OMB No. 1545-0172<br>**2021** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service   (99) | ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| MIDWEST BLOCKCHAIN COMPANY, LLC | | 85-3268842 |

**Part I**   Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29    **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12   ▶   **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during<br>the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**   MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here   ▶ ☐ | | |

**Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a**   3-year property | | | | | | |
| **b**   5-year property | | | | | | |
| **c**   7-year property | | | | | | |
| **d**   10-year property | | | | | | |
| **e**   15-year property | | | | | | |
| **f**   20-year property | | | | | | |
| **g**   25-year property | | | 25 yrs. | | S/L | |
| **h**   Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i**   Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a**   Class life | | | | | S/L | |
| **b**   12-year | | | 12 yrs. | | S/L | |
| **c**   30-year | / | | 30 yrs. | MM | S/L | |
| **d**   40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the<br>portion of the basis attributable to section 263A costs    **23** | | |

116251 12-21-21   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**       Form **4562** (2021)

Form 4562 (2021)  **MIDWEST BLOCKCHAIN COMPANY, LLC**  85-3268842  Page **2**

**Part V** Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)
Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes  ☐ No   24b If "Yes," is the evidence written?  ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (don't include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

|  | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2021 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

116252 12-21-21  Form **4562** (2021)

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Midwest Blockchain Company, LLC
53 Calle Palmeras
San Juan Puerto Rico 00901


Employer Identification Number:  85-3268842


For the Year Ending February 28, 2022


Midwest Blockchain Company, LLC is making the de minimis safe harbor
election under Reg. Sec. 1.263(a)-1(f).

MIDWEST BLOCKCHAIN COMPANY, LLC                                    85-3268842

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MANAGEMENT FEES | 5,000. |
| TOTAL TO FORM 1065, LINE 20 | 5,000. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BUSINESS INTEREST EXPENSE | 508. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CHANGE IN MARKET VALUE | 193,306. | 0. |
| FILCOIN - MINER WALLET | 194,270. | 0. |
| FILCOIN - OWNER | 22,252. | 0. |
| FILCOIN - WORKER | 1,726. | 0. |
| TOTAL TO SCHEDULE L, LINE 6 | 411,554. | 0. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED INTEREST PAYABLE | 3,937. | 0. |
| FILCOIN - REWARDS - LOCKED | 25,587. | 0. |
| LOAN - DSM TECH | 149,059. | 0. |
| SALES TAX LIABILITY | 4,198. | 0. |
| TOTAL TO SCHEDULE L, LINE 17 | 182,781. | 0. |

MIDWEST BLOCKCHAIN COMPANY, LLC                                85-3268842

SCHEDULE M-2                 OTHER INCREASES                 STATEMENT 5

| DESCRIPTION | AMOUNT |
|---|---|
| PARTNER INTEREST TERMINATION | 36,628. |
| PARTNER INTEREST TERMINATION | 23,631. |
| PARTNER INTEREST TERMINATION | -11,198. |
| PARTNER INTEREST TERMINATION | -9,727. |
| PARTNER INTEREST TERMINATION | 3,556. |
| PARTNER INTEREST TERMINATION | 4,048. |
| PARTNER INTEREST TERMINATION | 4,049. |
| PARTNER INTEREST TERMINATION | 4,048. |
| PARTNER INTEREST TERMINATION | 1,215. |
| TOTAL TO SCHEDULE M-2, LINE 4 | 56,250. |

Form **8804**

Department of the Treasury
Internal Revenue Service

**Annual Return for Partnership Withholding Tax (Section 1446)**

▶ Attach Form(s) 8804-C and 8805.

▶ Go to www.irs.gov/Form8804 for instructions and the latest information.

For calendar year 2021, or tax year beginning JAN 1 , 2021, and ending FEB 28 , 2022

OMB No. 1545-0123

**2021**

Check this box if the partnership keeps its records and books of account outside the United States and Puerto Rico ............................................. ▶ ☐

## Part I   Partnership

| | | | |
|---|---|---|---|
| 1 a | Name of partnership | **b** | U.S. employer identification number (EIN) |

MIDWEST BLOCKCHAIN COMPANY, LLC

85-3268842

**c** Number, street, and room or suite no. If a P.O. box, see instructions.

53 CALLE PALMERAS

**d** City or town, state or province, country, and ZIP or foreign postal code. If a foreign address, see instructions.

SAN JUAN PUERTO RICO 00901

**For IRS Use Only**

| | | | |
|---|---|---|---|
| CC | | FD | |
| RD | | FF | |
| CAF | | FP | |
| CR | | I | |
| EDC | | | |

## Part II   Withholding Agent

| | | |
|---|---|---|
| 2 a | Name of withholding agent. If partnership is also the withholding agent, enter "SAME" and don't complete lines 2b, 2c, and 2d. | **b** Withholding agent's U.S. EIN |

SAME

**c** Number, street, and room or suite no. If a P.O. box, see instructions.

**d** City or town, state or province, country, and ZIP or foreign postal code.

## Part III   Section 1446 Tax Liability and Payments

| | | | | |
|---|---|---|---|---|
| 3 a | Enter number of foreign partners | ▶ | 5 | |
| b | Enter number of Forms 8805 attached to this Form 8804 | ▶ | 5 | |
| c | Enter number of Forms 8804-C attached to Forms 8805 | ▶ | 0 | |
| 4 | Total effectively connected taxable income (ECTI) allocable to foreign partners. | | | |
| a | Total ECTI allocable to corporate partners | 4a | | |
| b | Reduction to line 4a for state and local taxes under Regulations section 1.1446-6(c)(1)(iii) | 4b | ( ) | |
| c | Reduction to line 4a for certified foreign partner-level items submitted using Form 8804-C | 4c | ( ) | |
| d | Combine lines 4a, 4b, and 4c | | | 4d |
| e | Total ECTI allocable to non-corporate partners other than on lines 4i, 4m, and 4q ........ | 4e | 3,566. | |
| f | Reduction to line 4e for state and local taxes under Regulations section 1.1446-6(c)(1)(iii) | 4f | 0. ) | |
| g | Reduction to line 4e for certified foreign partner-level items submitted using Form 8804-C | 4g | 0. ) | |
| h | Combine lines 4e, 4f, and 4g | | | 4h       3,566. |
| i | 28% rate gain allocable to non-corporate partners | 4i | | |
| j | Reduction to line 4i for state and local taxes under Regulations section 1.1446-6(c)(1)(iii) | 4j | | |
| k | Reduction to line 4i for certified foreign partner-level items submitted using Form 8804-C | 4k | | |
| l | Combine lines 4i, 4j, and 4k | | | 4l |
| m | Unrecaptured section 1250 gain allocable to non-corporate partners | 4m | | |
| n | Reduction to line 4m for state and local taxes under Regulations section 1.1446-6(c)(1)(iii) | 4n | | |
| o | Reduction to line 4m for certified foreign partner-level items submitted using Form 8804-C | 4o | ( ) | |
| p | Combine lines 4m, 4n, and 4o | | | 4p |

LHA   **For Paperwork Reduction Act Notice, see separate Instructions for Forms 8804, 8805, and 8813.**

Form **8804** (2021)

Form 8804 (2021)                                                                                                                        Page **2**

| | | | | |
|---|---|---|---|---|
| q | Adjusted net capital gain (including qualified dividend income and net section 1231 gain) allocable to non-corporate partners ............... | 4q | | |
| r | Reduction to line 4q for state and local taxes under Regulations section 1.1446-6(c)(1)(iii) ............... | 4r | ( ) | |
| s | Reduction to line 4q for certified foreign partner-level items submitted using Form 8804-C ............... | 4s | ( ) | |
| t | Combine lines 4q, 4r, and 4s ............... | | 4t | |
| **5** | **Gross section 1446 tax liability:** | | | |
| a | Multiply line 4d by 21% (0.21) ............... | 5a | 0. | |
| b | Multiply line 4h by 37% (0.37) ............... | 5b | 1,319. | |
| c | Multiply line 4l by 28% (0.28) ............... | 5c | 0. | |
| d | Multiply line 4p by 25% (0.25) ............... | 5d | 0. | |
| e | Multiply line 4t by 20% (0.20) ............... | 5e | 0. | |
| f | Add lines 5a through 5e ............... | | 5f | 1,319. |
| **6 a** | Payments of section 1446 tax made by the partnership identified on line 1a during its tax year (or with a request for an extension of time to file) and amount credited from 2020 Form 8804 ............... | 6a | | |
| b | Section 1446 tax paid or withheld by another partnership in which the partnership identified on line 1a was a partner during the tax year (enter only amounts reported on Form(s) 8805 and attach the Form(s) 8805 to Form 8804) ............... | 6b | | |
| c | Section 1446 tax paid or withheld by another partnership in which the partnership identified on line 1a was a partner during the tax year (enter only amounts reported on Form(s) 1042-S and attach the Form(s) 1042-S to Form 8804) ............... | 6c | | |
| d | For the partnership identified on line 1a, section 1445(a) or 1445(e)(1) tax withheld from or paid by the partnership during the tax year for a disposition of a U.S. real property interest or section 1446(f)(1) tax withheld from the partnership for a disposition of an interest in a partnership engaged in the conduct of a U.S. trade or business (enter only amounts reported on Form(s) 8288-A and attach the Form(s) 8288-A to Form 8804) ............... | 6d | | |
| e | Section 1445(e) tax withheld from the partnership identified on line 1a during the tax year for a disposition of a U.S. real property interest (enter only amounts reported on Form(s) 1042-S and attach the Form(s) 1042-S to Form 8804) ............... | 6e | | |
| **7** | **Total payments.** Add lines 6a through 6e ............... | | 7 | 0. |
| 8 | Estimated tax penalty. Check if Schedule A (Form 8804) is attached. See instructions ▶ ☐ | | 8 | 1. |
| 9 | Add lines 5f and 8 ............... | | 9 | 1,320. |
| **10** | **Balance due.** If line 7 is smaller than line 9, subtract line 7 from line 9. Attach a check or money order for the full amount payable to "United States Treasury." Write the partnership's U.S. EIN, tax year, and "Form 8804" on it ............... | | 10 | 1,320. |
| 11 | **Overpayment.** If line 7 is more than line 9, subtract line 9 from line 7 ............... | | 11 | |
| 12 | Amount of line 11 reported on Form(s) 8805 as allocated to partners ............... ▶ | | 12 | |
| 13 | **Net overpayment.** Subtract line 12 from line 11 ............... | | 13 | |
| 14 | **Refund.** Amount, if any, of line 13 you want to be **refunded to you** ............... | | 14 | |
| 15 | Amount of line 13 to be **credited to next year's Form 8804.** Subtract line 14 from line 13 ............... | | 15 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner, limited liability company member, or withholding agent) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner, limited liability company member, or withholding agent                    Title                    Date

| | | | | |
|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name STEPHEN P. MANN, CPA | Preparer's signature STEPHEN P. MANN, | Date 10/24/22 | Check ☐ if self-employed | PTIN P00637272 |
| | Firm's name ▶ BLUE & CO., LLC | | | | Firm's EIN ▶ 35-1178661 |
| | Firm's address ▶ 720 EAST PETE ROSE WAY, STE 100 CINCINNATI, OH 45202 | | | | Phone no. 513-241-4507 |

113102 12-22-21                                                                                                                Form **8804** (2021)